

# NUMBER 13-19-00393-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CESAR DE LEON, CITY OF BROWNSVILLE, TEXAS,
TONY MARTINEZ, ROSE Z. GOWEN,
RICARDO LONGORIA JR., JOEL MUNGUIA,
BEN NEECE AND JESSICA TETREAU IN
THEIR OFFICIAL CAPACITIES ONLY,** Appellants,

**v.**

**BROWNSVILLE GMS, LTD. AND
MICHAEL BENNETT,** Appellees.

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

# ORDER

**Before Justices Benavides, Longoria, and Perkes
Per Curiam Order**

Appellants the City of Brownsville, Tony Martinez, Rose M.Z. Gowen, Ricardo Longoria, Jr., Jessica Tretreau, Joel Mungia, and Ben Neece (collectively the City) filed this interlocutory appeal from the trial court's alleged denial of the City's plea to the jurisdiction.[1]  Cesar De Leon filed an appeal from the trial court's denial of his motion to dismiss the individual claims against him in this cause, No. 13-19-00393-CV.  To avoid confusion, the Court severs the City of Brownsville and the commission members' appeal from DeLeon's appeal of the separate order and assigns the City of Brownsville's appeal to Cause No. 13-19-00467-CV.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
27th day of September, 2019.

---

[1] The City of Brownsville separately perfected an appeal from the trial court's grant of a temporary injunction to Brownsville GMS in Cause No. 13-19-00311-CV.  Cesar De Leon separately filed an appeal from the trial court's denial of his motion to dismiss the individual claims against him in this cause, No. 13-19-00393-CV.  DeLeon's appeal is not the subject of this order.